■ MARITZA RACHLIN et al., Plaintiffs, v MICHAELS STORES, INC., et al., Defendants. MICHAELS STORES, INC., et al., Third-Party Plaintiffs-Respondents, v BOULEVARD MALL EXPANSION, LLC, Third-Party Defendant-Appellant. (Appeal No. 1.) [987 NYS2d 584]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered August 13, 2013. The order denied the motion of Boulevard Mall Expansion, LLC, for leave to amend the third-party answer.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.